FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>AGUSTIN CENDEJAS GARCIA , )<br><br>Defendant. ) | CASE NO. 10-3108M<br><br>**ORDER OF DETENTION** |

I.

A. ( ) On motion of the Government in a case allegedly involving:

    1. ( )    a crime of violence.

    2. ( )    an offense with maximum sentence of life imprisonment or death.

    3. ( ) a narcotics or controlled substance offense with maximum sentence of ten or more years .

    4. ( )    any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✔)    On motion by the Government / ( ) on Court's own motion, in a case

---

1  allegedly involving:

2  (✔)  On the further allegation by the Government of:

3  1. (✔)  a serious risk that the defendant will flee.

4  2. ( ) a serious risk that the defendant will:

5  a. ( )  obstruct or attempt to obstruct justice.

6  b. ( )  threaten, injure, or intimidate a prospective witness or juror or
7  attempt to do so.

8  C. The Government ( ) is/ ( ) is not entitled to a rebuttable presumption that no
9  condition or combination of conditions will reasonably assure the defendant's
10  appearance as required and the safety of any person or the community.

11

12  II.

13  A. (✔)  The Court finds that no condition or combination of conditions will
14  reasonably assure:

15  1. (✔)  the appearance of the defendant as required.

16  (✔)  and/or

17  2. (✔)  the safety of any person or the community.

18  B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence
19  to the contrary the presumption provided by statute.

20

21  III.

22  The Court has considered:

23  A. the nature and circumstances of the offense(s) charged, including whether the
24  offense is a crime of violence, a Federal crime of terrorism, or involves a minor
25  victim or a controlled substance, firearm, explosive, or destructive device;

26  B. the weight of evidence against the defendant;

27  C. the history and characteristics of the defendant; and

28  D. the nature and seriousness of the danger to any person or to the community.

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (✔)   As to flight risk: Defendant provided no background information and did not identify viable sureties.

B. (✔)   As to danger: Defendant has a lengthy criminal history, including drug convictions.

## VI.

A. ( )   The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following: _____

_____

_____

_____

_____

_____

_____

_____

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    separate, to the extent practicable, from persons awaiting or serving

2    sentences or being held in custody pending appeal.

3    C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

4    opportunity for private consultation with counsel.

5    D. IT IS FURTHER ORDERED that, on order of a Court of the United States

6    or on request of any attorney for the Government, the person in charge of

7    the corrections facility in which the defendant is confined deliver the

8    defendant to a United States marshal for the purpose of an appearance in

9    connection with a court proceeding.

10

11

12    DATED: December 22, 2010

13                  HON. JAY C. GANDHI

                      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28